1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
for the WESTERN DISTRICT of WASHINGTON

SANDRA MORGAN,                              )
                          Plaintiff,        )
                                            )
               vs.                          )            C07-304
                                            )
MICHAEL J. ASTRUE, Commissioner of          )
Social Security,                            )
                                            )        MINUTE ORDER
                                            )
                          Defendant.        )    REASSIGNING and REFERRING CASE
                                            )

This action has been reassigned to the Honorable John C. Coughenour, United

States District Judge.   All future documents filed in this case must bear the cause

number C07-304 JCC and bear the Judge's name in the upper right hand corner of the

document.

It appearing from the files and records herein that this is an appropriate

proceeding to refer to a full-time United States Magistrate Judge for the purposes

hereinafter set forth, pursuant to Local Rule MJR 4(A)(4) and as authorized by

Mathews, Secretary of HEW vs Weber, 432 US 261 (1976), now therefore,

Pursuant to the General Order entered by the Chief Judge on 30 April 2004, IT

IS ORDERED that the above entitled action is hereby referred to the Honorable James

P. Donohue, United States Magistrate Judge, who is directed and empowered to

1  review the administrative record, and to submit proposed findings and conclusions, and

2  recommended disposition.  The procedure for review of those recommendations shall

3  be in accordance with FRCP 72(b) and with Local Rule MJR 4(c).

25  Dated this 21st day of May, 2007

26  Bruce Rifkin, Clerk of Court

27  /S/ PETER H. VOELKER

28  Peter H. Voelker, Deputy Clerk